COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, EDMONDSON, COMBS, GURICH, JJ., concur.

WINCHESTER & TAYLOR, JJ., dissent.

2013 OK 60

The ESTATE OF Lowell Edward ELLIS, Deceased, Plaintiff–Appellant,

v.

WAGONER CARE CENTER, LLC, d/b/a Wagoner Care Center, Defendant–Appellee.

No. 110,832.

Supreme Court of Oklahoma.

June 27, 2013.

## ORDER OF SUMMARY DISPOSITION

¶ 1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶ 2 After reviewing the record in this case, THE COURT FINDS that our recent decisions in *Wall v. Marouk*, 2013 OK 36, 302 P.3d 775 and *Douglas v. Cox Retirement Props.*, 2013 OK 37, 302 P.3d 789, dispose of the issues in this case.

¶ 3 IT IS THEREFORE ORDERED that the trial court's dismissal of this case is reversed and the cause is remanded for further proceedings.

COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, EDMONDSON, *COMBS*, GURICH, JJ., concur.

WINCHESTER & TAYLOR, JJ., dissent.

2013 OK 61

Rose M. BALLARD and Alana Newton, Individually and as Co–Personal Representatives for the Estate of Jimmy Ballard, Deceased, Plaintiffs–Appellants,

v.

TULSA PAIN CONSULTANTS, P.C., Defendant–Appellee,

and

Johnson & Johnson, a/k/a Johnson & Johnson, Inc., a/k/a Johnson & Johnson Company Janssen Pharmaceutica Productions, LP, Alxa Corporation, Kathy's Pharmacy & Gifts and John Doe Defendants 1, 2, 3 and 4, Defendants.

No. 110,835.

Supreme Court of Oklahoma.

June 27, 2013.

## ORDER OF SUMMARY DISPOSITION

¶ 1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶ 2 After reviewing the record in this case, THE COURT FINDS that our recent decisions in *Wall v. Marouk*, 2013 OK 36, 302 P.3d 775 and *Douglas v. Cox Retirement Props.*, 2013 OK 37, 302 P.3d 789, dispose of the issues in this case.

¶3 IT IS THEREFORE ORDERED that the trial court's dismissal of this case is reversed and the cause is remanded for further proceedings.

COLBERT, C.J., REIF, V.C.J., WATT, EDMONDSON, GURICH, JJ., concur.

WINCHESTER & TAYLOR, JJ., dissent.

KAUGER, J., not participating.

COMBS, J., disqualified.

2013 OK 63

**STEADFAST INSURANCE COMPANY,**
**Plaintiff/Appellee,**

v.

**AGRICULTURAL INSURANCE COMPA-**
**NY, n/k/a Great American Assurance**
**Company, Defendant/Appellant.**

No. 110,562.

Supreme Court of Oklahoma.

July 2, 2013.

